IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY 18 A 11: 41

CLERK

CHARLES EDWARD SCRIVENS,

Plaintiff,

vs.

CIVIL ACTION NO.: CV205-063

DANNY HOBBS, Warden; WILLIAM
YOUNG, Former Assistant Warden;
Lt. B. RULEY; Officer ROBINSON;
KNOWN AND UNKNOWN AGENTS
OF THE FEDERAL BUREAU OF
PRISONS,

Defendants.

## ORDER

Plaintiff previously submitted to the Court for filing a complaint brought pursuant to 42 U.S.C. § 1983. Plaintiff sought to proceed *in forma pauperis*. By Order dated April 4, 2005, Plaintiff was advised of the changes in procedures for filing and litigating prisoner civil rights suits brought about by the Prison Litigation Reform Act. Plaintiff was given until May 4, 2005, to notify the Court in writing as to whether, in light of the Prison Litigation Reform Act, he desired that his complaint be considered by the Court.

Plaintiff has failed to respond to that April 4, 2005, Order. Accordingly, as set forth in said Order, this action is **DISMISSED**, without prejudice.

SO ORDERED, this 18th day of May, 2005

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

SCRIVENS  )

vs  )  CASE NUMBER CV205-63

HOBBS, ET AL  )  DIVISION BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 5/18/05, which is part of the official record of this case.

Date of Mailing: 5/18/05

Date of Certificate  [X] same date,  or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Charles Scrivens, 20569-018, USP, P.O. Box 305, Jonesville, VA 24263-0305

☐ Copy placed in Minutes
[X] Copy given to Judge
☐ Copy given to Magistrate