IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CHARLES EDWARD SCRIVENS,

   Plaintiff,

vs.

DANNY HOBBS, Warden; WILLIAM YOUNG, Former Assistant Warden; Lt. B. RULEY; Officer ROBINSON; KNOWN AND UNKNOWN AGENTS OF THE FEDERAL BUREAU OF PRISONS,

   Defendants.

CIVIL ACTION NO.: CV205-063

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED, this 18th day of October, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)